IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ROBERT LOVE,

Petitioner,

vs.

W A SHERROD,[1]

Respondent.                                     No. 10-cv-417-DRH-SCW

MEMORANDUM AND ORDER

**HERNDON, Chief District Judge:**

Petitioner Robert Love, currently incarcerated at FCI Greenville, brings this habeas corpus action pursuant to 28 U.S.C. § 2241 (Doc. 1). Petitioner alleges he was wrongly disciplined and sanctioned to the loss of forty-one (41) days of good conduct credit time. In response, the government notes the Bureau of Prisons informed it that the disciplinary proceeding petitioner complains of has been expunged from his record and that petitioner's good conduct time has been fully restored. Thus, this petition is moot and should be dismissed (Doc. 9). In reply, petitioner does not object to the government's statements (Doc. 11). Thus, the Court finds this petition is **DENIED** as **MOOT**. Petitioner's claims are **DISMISSED without prejudice**.

   **IT IS SO ORDERED.**
   Signed this 6th day of February, 2013.

Digitally signed by David R. Herndon
Date: 2013.02.06 16:18:37 -06'00'

**Chief Judge**
**United States District Court**

---

[1] As James N. Cross is the warden at Greenville FCI, the **Clerk is instructed to designate James N. Cross** as the proper respondent in this action. *See al-Marri v. Rumsfeld,* 360 F.3d 707, 712 (7th Cir. 2004).